SAMUEL B. WELLS v. JEFFERSON STANDARD LIFE INSURANCE COMPANY, A CORPORATION.

SAMUEL B. WELLS, ADMINISTRATOR OF THE ESTATE OF MARY NICHOLSON WELLS, v. JEFFERSON STANDARD LIFE INSURANCE COMPANY, A CORPORATION.

MARTHA J. NICHOLSON v. JEFFERSON STANDARD LIFE INSURANCE COMPANY, A CORPORATION.

(Filed 13 April, 1938.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the Superior Court will be affirmed without becoming a precedent.

APPEAL by plaintiffs from *Hamilton, Special Judge,* at August Term, 1937, of DUPLIN. Action by plaintiffs against defendants on certain insurance policies. Affirmed.

*Oscar B. Turner and Norwood B. Boney for plaintiffs.*
*Beasley & Stevens and Smith, Wharton & Hudgins for defendant.*

PER CURIAM. The Court being evenly divided in opinion, *Connor, J.,* not sitting, the judgment of the Superior Court is affirmed, as to the disposition of this appeal, without becoming a precedent, in accord with the practice of the Court. The practice has been so long and well settled that we need not cite authorities.

Affirmed.